UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE RELIABLE AUTOMATIC SPRINKLER
CO., INC.,

                       Plaintiff,                  **ORDER**

           -against-                    20-CV-10220 (PMH)

RIVERSIDE BRASS & ALUMINUM
FOUNDRY, LIMITED,

                       Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for Plaintiff appeared in Courtroom 520 and counsel for Defendant appeared by telephone for a discovery dispute conference on April 13, 2023. After hearing from the parties, for the reasons stated and as discussed on the record, the Court ruled on the discovery disputes raised in the parties' joint letter (Doc. 64) as follows:

(1) Plaintiff's motion to compel responses to Document Request No. 14 is denied as moot.

(2) Plaintiff's motion to compel responses to Document Request No. 6 is granted only to the extent that Defendant is directed to search for and produce documents identifying customer complaints dated between January 1, 2016 – December 31, 2022 concerning defective brass castings.

(3) Plaintiff's motion to compel responses to Document Request No. 8 is denied.

(4) The deadlines for the completion of fact and expert discovery are extended to July 21, 2023. No further adjournments will be granted.

(5) A final pre-trial conference is set for September 18, 2023 at 11:00 a.m.

    The parties are directed to meet and confer on a regular basis to resolve any discovery issues.

Dated: White Plains, New York
      April 13, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge