

900 Third Avenue, New York, NY 10022
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**Vincent J. Syracuse**
Writer's Direct Dial: (212) 508-6722
E-mail: syracuse@thsh.com

August 16, 2023

<u>**VIA ECF**</u>

The Honorable Philip M. Halpern
United States District Court for the Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Room 530
White Plains, New York 10601

        Re:    *The Reliable Automatic Sprinkler Co. Inc. v. Riverside Brass & Aluminum Foundry, Limited;* Case No. 7:20-cv-10220 (PMH)

Dear Judge Halpern:

    This office represents Plaintiff The Reliable Automatic Sprinkler Co. Inc. ("Plaintiff" or "Reliable") in the above-captioned action. Together with counsel for Defendant Riverside Brass & Aluminum Foundry, Ltd.'s ("Defendant" or "Riverside"), we are writing to apprise the Court of recent developments in the case and request an adjournment of the parties' deadline to submit a Joint Pretrial Order and the date of the Pretrial Conference scheduled for September 18, 2023.

    [Pursuant to the] Court's April 13, 2023 Order, all discovery [... to] supplement written discovery exchanges, [deposi]tions, and all expert depositions. Since the [parties believe] it would be mutually beneficial to mediate [this matter, a] mediation with the Hon. Stephen G. Crane [is being coo]rdinating with his case manager to confirm [new dates] for the Joint Pretrial Order and Pretrial [Conference.]

[...mat]ter.

Respectfully submitted,

*s/ Vincent J. Syracuse*

Vincent J. Syracuse

---

Application granted. The parties are directed to meet and confer regrading pretrial materials required by Rules 6(A) and 6(B) of the Court's Individual Practices and file such materials by September 18, 2023. The conference scheduled for September 18, 2023 is hereby adjourned to October 23, 2023 at 3:30 p.m. in Courtroom 520 of the White Plains Courthouse.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 75.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       August 16, 2023

cc: Seth Nirenberg (*via email to snirenberg@cozen.com*)
Vincent Passarelli (*via email to vpassarelli@cozen.com*)

[1214355-3]-Protected Confidential