```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE RELIABLE AUTOMATIC SPRINKLER
CO., INC.,

                        Plaintiff,             **ORDER**

            -against-                          20-CV-10220 (PMH)

RIVERSIDE BRASS & ALUMINUM
FOUNDRY, LIMITED,

                        Defendant.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of the motions *in limine* and materials required by Rules 6(A) and 6(B) of this Court's Individual Practices filed by the parties on December 22, 2023.

With respect to Plaintiff's Proposed Jury Instructions (Doc. 83 at 58) and Defendant's Proposed Jury Instructions (Doc. 83 at 101), the parties are directed to meet and confer and file, by **January 10, 2024 at 5:00 p.m**, a single document, noting any areas of disagreement between the parties, representing the parties' revised joint requests to charge.

Additionally, with respect to Plaintiff's Proposed Verdict Form (Doc. 83 at 117) and Defendant's Proposed Verdict Form (Doc. 83 at 119), the parties are directed to meet and confer and file, by **January 10, 2024 at 5:00 p.m**, a single document, noting any areas of disagreement between the parties, representing the parties' joint verdict form.

The parties shall file the revised joint requests to charge and revised joint verdict form as separate entries on the docket. Contemporaneous with the filing of the foregoing materials, the parties are directed to submit to Chambers, via email at HalpernNYSDChambers@nysd.uscourts.gov, copies of their Rules 6(A) and 6(B) materials in Word format as set forth in the Court's Individual Practices.

The pretrial conference will proceed as scheduled on **January 31, 2024 at 2:30 p.m.** in Courtroom 520 of the White Plains Courthouse.

Dated: White Plains, New York
      December 26, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge