UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE RELIABLE AUTOMATIC SPRINKLER
CO., INC.,

                      Plaintiff,         **ORDER**

          -against-                    20-CV-10220 (PMH)

RIVERSIDE BRASS & ALUMINUM
FOUNDRY, LIMITED,

                      Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties' respective motions *in limine* filed on January 4, 2024 (Doc. 87 and Doc. 91) are denied without prejudice to renewal for failure to comply with the Court's Individual Practices Rule 4(H)(ii).

      The pre-trial conference will proceed as scheduled on January 31, 2024 at 2:30 p.m. in Courtroom 520 of the White Plains courthouse.

Dated: White Plains, New York
         January 5, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge