UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE RELIABLE AUTOMATIC SPRINKLER
CO., INC.,

                           Plaintiff,                    **ORDER**

              -against-                    20-CV-10220 (PMH)

RIVERSIDE BRASS & ALUMINUM
FOUNDRY, LIMITED,

                         Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person pretrial conference on January 31, 2024.

As discussed on the record, the parties are on five days' notice of trial as of April 23, 2024.

    As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **March 7, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed *Voir Dire* and file, by **March 7, 2024**, a revised proposed *Voir Dire*.

3. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **March 7, 2024**, a revised proposed Verdict Sheet.

4. The parties shall meet and confer regarding disputes in the proposed Jury Instructions and file, by **March 7, 2024**, revised proposed Jury Instructions.

5. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at [HalpernNYSDChambers@nysd.uscourts.gov](mailto:HalpernNYSDChambers@nysd.uscourts.gov).

6. Each party may file one motion *in limine*, limited to 25-pages, by **March 7, 2024**. Opposition to any motion *in limine* is due **March 14, 2024**.

7. A final pretrial conference has been scheduled for **April 23, 2024 at 2:30 p.m. in Courtroom 520** of the White Plains courthouse.

    See Transcript.

2

Dated: White Plains, New York  
       January 31, 2024

SO ORDERED:

_____  
Philip M. Halpern  
United States District Judge