UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RELIABLE AUTOMATIC SPRINKLER CO. INC.,

Plaintiff,

-against-

RIVERSIDE BRASS & ALUMINUM FOUNDRY, LIMITED,

Defendant.

**ORDER**

20-CV-10220 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on April 24, 2024. As discussed on the record, jury selection and trial in this matter will proceed on **November 18, 2024**. Additionally, this action is scheduled as the primary back up case that may proceed to trial in place of the primary case scheduled for **June 24, 2024,** if that primary case does not go forward. The parties are on five days' notice of trial as of today.

At the conference, Defendant's motion *in limine* (Doc. 115) was resolved for the reasons set forth in the record.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **May 7, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall meet and confer and file, by **May 7, 2024**, a single, separate document representing the parties' joint summary of the case.

3. The Court denied the parties' proposed *Voir Dire* Question Nos. 12, 29, 32, 35, and 36. The remaining proposed questions were granted or granted in substance. The parties shall review the proposed *Voir Dire* Questionnaire Form provided by the Court during the conference and file, by **May 7, 2024**, a joint letter informing the Court as to any objections or additions thereto.

1

4.  The parties shall meet and confer regarding objections in the proposed Jury Instructions and file, by **May 7, 2024**, revised proposed Jury Instructions.

5.  The parties shall meet and confer regarding changes to the proposed Verdict Sheets and file, by **May 7, 2024**, a single document representing the parties' joint proposed Verdict Sheet.

6.  The parties may, by **May 7, 2024**, file a letter providing citation to authority regarding the damages issue and third-party indemnification issue discussed at the conference.

7.  All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

8.  The parties shall produce to the Court three exhibit binders containing the parties' exhibits and an index listing the content of the binders one week prior to trial.

    See Transcript.

    The Clerk of the Court is respectfully directed to terminate the motion sequence

pending at Doc. 115.

**SO ORDERED:**

Dated:   White Plains, New York
         April 24, 2024

_____
         PHILIP M. HALPERN
         United States District Judge

2