UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE RELIABLE AUTOMATIC SPRINKLER
CO., INC.,

                         Plaintiff,                  **<u>ORDER</u>**

              -against-                   20-CV-10220 (PMH)

RIVERSIDE BRASS & ALUMINUM
FOUNDRY, LIMITED,

                        Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    A final pre-trial conference is scheduled in this matter for **<u>June 12, 2024 at 11:00 a.m.</u>** in Courtroom 520 of the White Plains courthouse.

Dated: White Plains, New York
        May 28, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge