UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RELIABLE AUTOMATIC SPRINKLER CO. INC.,

                Plaintiff,

-against-

RIVERSIDE BRASS & ALUMINUM FOUNDRY, LIMITED,

                Defendant.

**ORDER**

20-CV-10220 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person pretrial conference on June 10, 2024. As discussed on the record, jury selection and trial in this matter will proceed on **November 18, 2024**. Additionally, this action is scheduled as the primary back up case that may proceed to trial in place of the primary case scheduled for **June 24, 2024,** if that primary case does not go forward. The parties are on five days' notice of trial.

    As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **June 17, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall, by **June 17, 2024**, file the joint summary statement of the case which appears in the proposed Joint Pretrial Order as a single, separate document representing the parties' joint summary of the case.

3. The parties shall meet and confer regarding objections in the proposed Jury Instructions and file, by **June 17, 2024**, revised proposed Jury Instructions.

4. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **June 17, 2024**, a revised joint proposed Verdict Sheet.

1

5. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

6. The parties shall, by **June 17, 2024**, produce to the Court three exhibit binders containing the parties' exhibits and an index listing the content of the binders.

See Transcript.

**SO ORDERED:**

Dated: White Plains, New York
June 10, 2024

_____
PHILIP M. HALPERN
United States District Judge