UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE RELIABLE AUTOMATIC SPRINKLER
CO., INC.,

                        Plaintiff,            **ORDER**

         -against-                  20-CV-10220 (PMH)

RIVERSIDE BRASS & ALUMINUM
FOUNDRY, LIMITED,

                       Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    A pre-trial conference is scheduled in this matter for **August 27, 2024 at 2:30 p.m.** in Courtroom 520 of the White Plains courthouse.

Dated: White Plains, New York
       July 1, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge