UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RELIABLE AUTOMATIC SPRINKLER CO. INC.,

              Plaintiff,

-against-

RIVERSIDE BRASS & ALUMINUM FOUNDRY, LIMITED,

              Defendant.

**ORDER**

20-CV-10220 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on August 27, 2024. As discussed on the record, jury selection and trial in this matter will proceed on **November 18, 2024**. The parties remain on five days' notice of trial. As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **September 4, 2024**, a revised proposed Joint Pretrial Order.

2. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **September 4, 2024**, a revised joint proposed Verdict Sheet.

3. The parties shall, by **November 4, 2024**, file a letter (limited to five double-spaced pages) stating their position and providing citation to authority regarding the first-party indemnification issue discussed at the conference.

See Transcript. An order of reference to the Magistrate Judge for a settlement conference will be docketed separately.

**SO ORDERED:**

Dated: White Plains, New York
August 27, 2024

_____
PHILIP M. HALPERN
United States District Judge