

**Tannenbaum Helpern Syracuse & Hirschtritt** LLP

900 Third Avenue, New York, NY 10022
Tel: (212) 508-6700 | Fax: (212) 371-1084
www.thsh.com | @THSHLAW

**MEMO ENDORSED**

**Amanda M. Leone**
Writer's Direct Dial: (212) 508-6710
E-mail: leone@thsh.com

September 11, 2024

**VIA ECF**

The Honorable Victoria Reznik
United States District Court for the Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Room 420
White Plains, New York 10601

    Re: *The Reliable Automatic Sprinkler Co. Inc. v. Riverside Brass* & *Aluminum Foundry, Limited;* Case No. 7:20-cv-10220 (PMH)

Dear Judge Reznik:

  This office represents Plaintiff The Reliable Automatic Sprinkler Co. Inc. ("Plaintiff" or "Reliable") in the above-captioned action. With the consent of counsel for Defendant Riverside Brass & Aluminum Foundry, Ltd.'s ("Defendant" or "Riverside"), we are writing to request an adjournment of the court-ordered settlement conference before Your Honor currently scheduled for October 15, 2024. The reason for counsel's request is that Vincent Syracuse, lead trial counsel for Plaintiff, has another trial beginning on October 15th and is therefore unavailable to attend and participate in the settlement conference. After conferring with Defendant, all counsel and parties are available on October 22, 2024. If the court is available, we respectfully request that the conference be rescheduled to October 22nd.

  We thank the Court for its attention to this matter.

The settlement conference scheduled for October 15, 2024 is adjourned. The Court does not have availability during the week of October 21, 2024. Please confer, and in one email to Chambers, (rezniknysdchambers@nysd.uscourts.gov) provide mutually available dates. The Court is not available on October 30th and November 27th or the week of November 18th.

Respectfully submitted,

*s/ Amanda M. Leone*

Amanda M. Leone

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.
9/13/24

  cc: Taranae Hashemi (*via ECF*)
     Seth Nirenberg (*via ECF*)