UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE RELIABLE AUTOMATIC SPRINKLER
CO., INC.,

                        Plaintiff,                   **ORDER**

               -against-                  20-CV-10220 (PMH)

RIVERSIDE BRASS & ALUMINUM
FOUNDRY, LIMITED,

                        Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    A final pre-trial conference is scheduled in this matter for **November 12, 2024 at 12:00 p.m.** in Courtroom 520 of the White Plains courthouse.

Dated: White Plains, New York
        October 18, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge